United States District Court
Southern District of Texas

AO 240A  (Rev. 01/09)  Order to Proceed Without Prepaying Fees or Costs

**ENTERED**

June 12, 2018
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | | |
|---|---|---|
| Germaine James | ) | |
| *Plaintiff* | ) | |
| v. | ) | Miscellaneous Action No. H-18-1638 |
| United States Department of Justice | ) | |
| *Defendant* | ) | |

## ORDER TO PROCEED WITHOUT PREPAYING FEES OR COSTS

**IT IS ORDERED:**  The plaintiff's application under 28 U.S.C. § 1915 to proceed without prepaying fees or costs is:

☐  Granted:

The clerk is ordered to file the complaint and issue a summons.  The United States marshal is ordered to serve the summons with a copy of the complaint and this order on the defendant(s).  The United States will advance the costs of service.  Prisoner plaintiffs are responsible for full payment of the filing fee.

☑ Granted Conditionally:

The clerk is ordered to file the complaint.  Upon receipt of the completed summons and USM-285 form for each defendant, the clerk will issue a summons.  If the completed summons and USM-285 forms are not submitted as directed, the complaint may be dismissed.  The United States marshal is ordered to serve the completed summons with a copy of the complaint and this order on the defendant(s).  The United States will advance the costs of service.  Prisoner plaintiffs are responsible for full payment of the filing fee.

☐  Denied:

This application is denied for these reasons:

Date:   June  12, 2018

_____
*Judge's signature*

_____
Sim Lake, United States District Judge
*Printed name and title*